ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
　　　　asurur@gordonrees.com
*Attorneys for Green Valley Ranch Community Association, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARCELLE GELGOTAS, an individual; MICHELLE ROCK, an individual; MARK ROCK, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; CITRUS GARDENS HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br>　　　　　　Intervenor. | CASE NO. 2:15-cv-00112-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br>**(First Request)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>　　　　　　Counterclaimant,<br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br>　　　　　　Intervenor.<br><br>vs.<br><br>LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN, a Nevada LLC; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; DOES 1 through 10, | |

-1-

inclusive; ROES Business Entities 1 through 10, )
inclusive, )
                         Counterdefendants. )

## STIPULATION AND ORDER TO EXTEND TIME
### (First Request)

Pursuant to Local Rules 6-1 and 7-1, the parties, by and through their respective attorneys of record, stipulate as follows:

### STIPULATION

IT IS HEREBY STIPULATED that FEDERAL HOUSING FINANCE AGENCY ("Federal Housing") filed a counterclaim against Green Valley Ranch Community Association, Inc. ("Green Valley") on March 12, 2015 [Doc. 27].

IT IS FURTHER STIPULATED that Federal National Mortgage Association's ("Fannie Mae") and Federal Housing's Joint Motion for Summary Judgment was filed on March 20, 2015 [Doc. 32].

IT IS FURTHER STIPULATED that oppositions to Fannie Mae's and Federal Housing's Joint Motion for Summary Judgment [Doc. 32] were due on or before April 13, 2015.

IT IS FURTHER STIPULATED that Green Valley's current counsel substituted into this matter on March 16, 2015 and that shortly thereafter lead counsel was appointed as a state district court judge.

IT IS FURTHER STIPULATED that, as a result of this transition, Green Valley requires additional time to prepare its response to Federal Housing's counterclaim [Doc. 27] and its opposition to Fannie Mae's and Federal Housing's Joint Motion for Summary Judgment [Doc. 32].

IT IS FURTHER STIPULATED that there is excusable negligence for Green Valley's failure to submit this stipulation by the current filing deadlines, because these developments arose recently and but for these recent developments, Green Valley would have filed its response and opposition by the current deadlines.

///

///

-2-

THEREFORE, IT IS STIPULATED that Green Valley be granted an extension of time up to and including **April 28, 2015**, in which to file a response to Federal Housing's counterclaim [Doc. 27] and to file an opposition to Fannie Mae's and Federal Housing's Joint Motion for Summary Judgment [Doc. 32].

| | |
|---|---|
| DATED: April 22, 2015. | DATED: April 22, 2015. |
| WOLFE & WYMAN LLP | GORDON & REES LLP |
| /s/ Colt B. Dodrill | /s/ Ashlie Surur |
| Colt B. Dodrill, Esq. (SBN 9000)<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, Nevada 89119<br>*Attorneys for Federal National Mortgage Association* | ROBERT S. LARSEN, ESQ. (SBN 7785)<br>ASHLIE L. SURUR, ESQ. (SBN 11290)<br>3770 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89169<br>*Attorneys for Green Valley Ranch Community Association, Inc.* |
| DATED: April 22, 2015. | DATED: April 22, 2015. |
| FENNEMORE CRAIG | KERRY P. FAUGHNAN, ESQ. |
| /s/ Leslie Bryan Hart | /s/ Kerry Faughman |
| Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 East Second Street, Suite 1510<br>Reno, Nevada 89501<br>and<br>Asim Varma, Esq. (*Pro Hac Vice*)<br>Michael A.F. Johnson, Esq. (*Pro Hac Vice*)<br>ARNOLD & PORTER<br>555 12th Street NW<br>Washington, DC 20004<br>*Attorneys for Federal Housing Finance Agency* | Kerry Faughman, Esq. (SBN 12204)<br>P.O. Box 335361<br>North Las Vegas, NV 89086<br>*Attorneys for LN Management LLC Series 2543 Citrus Garden* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 22, 2015