Kerry Faughnan, Esq.  
Nevada Bar No.12204  
P.O. Box 335361  
North Las Vegas, NV 89086  
(702) 301-3096  
(702) 331-4222- Fax  
Kerry.faughnan@gmail.com  
Attorney for Plaintiff/ Counterdefendant  

E-filed 4/17/15

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN,<br><br>      Plaintiff,<br><br>  v.<br><br>ESTATE OF ANNE PIACENTINI, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; STATE OF NEVADA, Department of Health and Human Services, Division of Health Care Financing and Policy; and DOES 1 through 10, inclusive,<br><br>      Defendants.<br>  and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>      Intevenor<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>      Counterclaimant,<br>  and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>      Intervenor<br>  v.<br>LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN, a Nevada LLC; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive,<br><br>      Counter-Defendants. | CASE NO. 2:15-cv-00112-MMD-CWH |

1

### STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

LN Management LLC Series 2543 Citrus Garden ("LN") Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("FHFA") and Federal National Mortgage Association ("Fannie Mae") stipulate as follows:

1) On March 20, 2015, Joint Motion for Summary Judgment was filed by FHFA and Fannie Mae (Doc#32) seeking judgment in its favor and against LN on all claims asserted in this action.

2) The Court issued an Order directing that responses to the Joint Motion for Summary Judgment filed by Fannie Mae and FHFA be filed by April 13, 2015 therefore LN was required to file an Opposition by April 13, 2015.

3) In accordance with the Stipulation and Order to Extend Time to File an Opposition to Joint Motion for Summary Judgment filed by Fannie Mae and FHFA, LN shall have up to and including April 28, 2015 to file their Opposition to Joint Motion for Summary Judgment filed by Fannie Mae and FHFA.

Dated April 16, 2015.

Respectfully Submitted By:

By: /s/ *Kerry Faughnan*
Kerry Faughnan, Esq.
Nevada Bar No. 12204
P.O.Box 335361
North Las Vegas, NV 89086
Tel. 702-301-3096
Fax. 702-331-4222
*Attorneys for Plaintiff LN Management LLC Series 2543 Citrus Garden*

1  By:  /s/ *Colt B. Dodrill*
   Colt B. Dodrill, Esq.
2  Nevada Bar No. 9000
   WOLFE & WYMAN LLP
3  980 Kelly Johnson Drive, Ste 140
4  Las Vegas, Nevada 89119
   Tel: (702) 476-0100
5  Fax: (702) 476-0101
   cbdodrill@wolfewyman.com
6  *Attorneys for Federal National Mortgage*
7  *Association*

8
   By:  /s/ *Leslie Bryan Hart*
9  Leslie Bryan Hart, Esq. (SBN4932)
   John D. Tennert, Esq. (SBN 11728)
10 FENNEMORE CRAIG
   300 S. Second St., Suite 1510
11 Reno, Nevada 89501
   Tel: 775-788-2228 Fax: 775-788-2229
12 *lhart@fclaw.com; jtennert@fclaw.com*
13
   and
14

15
   By:  /s/ *Asim Varma*
16 Asim Varma, Esq.
   *Asim.Varma@aporter.com*
17 Howard N. Cayne, Esq.
   *Howard.Cayne@aporter.com*
18 Michael A.F. Johnson, Esq.
   *Michael.Johnson@aporter.com*
19 ARNOLD & PORTER LLP
20 555 12th Street NW
   Washington, DC 20004
21 Tel: (202) 942-5000  Fax: (202) 942-5999
   *Attorneys for Federal Housing Financing Agency*
22

23                                     **ORDER**
24
   **IT IS SO ORDERED.**
25

26                                     _____
27                                     UNITED STATES DISTRICT JUDGE
                                       DATED: April 18, 2015
28

3