```
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
```
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email:  rlarsen@gordonrees.com
           asurur@gordonrees.com
*Attorneys for Green Valley Ranch
Community Association, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MARCELLE GELGOTAS, an individual; MICHELLE ROCK, an individual; MARK ROCK, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; CITRUS GARDENS HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; DOES 1 through 10, inclusive,<br><br>                    Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>                    Intervenor. | CASE NO. 2:15-cv-00112-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br>**(Second Request)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Counterclaimant,<br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>                    Intervenor.<br><br>     vs.<br><br>LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN, a Nevada LLC; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; DOES 1 through 10, | |

-1-

inclusive; ROES Business Entities 1 through 10, inclusive,
                                    Counterdefendants.

### STIPULATION AND ORDER TO EXTEND TIME
(Second Request)

Pursuant to Local Rules 6-1 and 7-1, the parties, by and through their respective attorneys of record, stipulate as follows:

### STIPULATION

IT IS HEREBY STIPULATED that Federal National Mortgage Association's ("Fannie Mae") and Federal Housing Finance Agency's ("Federal Housing") Joint Motion for Summary Judgment was filed on March 20, 2015 [Doc. 32].

IT IS FURTHER STIPULATED that, pursuant to the parties' first stipulation to extend, oppositions to Fannie Mae's and Federal Housing's Joint Motion for Summary Judgment [Doc. 32] were due on or before April 28, 2015. *See* Docs. 41 and 42.

IT IS FURTHER STIPULATED that LN Management LLC Series 2543 Citrus Gardens and Green Valley Ranch Community Association, Inc. require additional time to prepare their oppositions to Fannie Mae's and Federal Housing's Joint Motion for Summary Judgment [Doc. 32] to ensure that the issues raised by the motion are fully briefed and to allow Green Valley time to resolve technical issues that have prevented fling of certain exhibits.

IT IS FURTHER STIPULATED that there is excusable negligence for the LN Management LLC Series 2543 Citrus Gardens' and Green Valley Ranch Community Association, Inc.'s failure to submit this stipulation by the current filing deadline, because (1) the parties reached this agreement before the deadline but it took the parties additional time to prepare and circulate the stipulation; and (2) Green Valley's technical issues did not arise until yesterday evening.

/ / /

/ / /

/ / /

/ / /

-2-

THEREFORE, IT IS STIPULATED that the deadline for filing oppositions to Fannie Mae's and Federal Housing's Joint Motion for Summary Judgment [Doc. 32] by LN Management LLC Series 2543 Citrus Gardens and Green Valley Ranch Community Association, Inc. be extended to May 13, 2015.

DATED: May 7, 2015.

WOLFE & WYMAN LLP

*/s/ Colt B. Dodrill*
Colt B. Dodrill, Esq. (SBN 9000)
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
*Attorneys for Federal National Mortgage Association*

DATED: May 7, 2015.

GORDON & REES LLP

*/s/ Ashlie Surur*
ROBERT S. LARSEN, ESQ. (SBN 7785)
ASHLIE L. SURUR, ESQ. (SBN 11290)
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Green Valley Ranch Community Association, Inc.*

DATED: May 7, 2015.

FENNEMORE CRAIG

*/s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 East Second Street, Suite 1510
Reno, Nevada 89501
and
Asim Varma, Esq. (*Pro Hac Vice*)
Michael A.F. Johnson, Esq. (*Pro Hac Vice*)
ARNOLD & PORTER
555 12th Street NW
Washington, DC 20004
*Attorneys for Federal Housing Finance Agency*

DATED: May 7, 2015.

KERRY P. FAUGHNAN, ESQ.

*/s/ Kerry Faughman*
Kerry Faughman, Esq. (SBN 12204)
P.O. Box 335361
North Las Vegas, NV 89086
*Attorneys for LN Management LLC Series 2543 Citrus Garden*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 7, 2015