Colt B. Dodrill, Esq. (SBN 9000)
WOLFE & WYMAN LLP
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Tel: (602) 953-0100 Fax: (602) 953-0101
cbdodrill@wolfewyman.com
*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW, Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com
*Attorneys for Intervenor Federal Housing Finance Agency*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN<br><br>Plaintiff,<br><br>vs.<br><br>MARCELLE GELGOTAS; et al.,<br><br>Defendants.<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>Intervenor. | CASE NO.   2:15-cv-00112-MMD-CWH<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME FOR FANNIE MAE AND FHFA TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>Intervenor. | |

|   |   |
|---|---|
| 1 | vs. |
| 2 | LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC.; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive, |
| 3 |  |
| 4 |  |
| 5 | Counter-Defendants. |

Plaintiff/Counter-Defendant, LN Management LLC Series 2543 Citrus Garden ("LN Management"), Defendant/Counterclaimant, Federal National Mortgage Association ("Fannie Mae"), Intervenor, Federal Housing Finance Agency ("FHFA"); and Counter-Defendant Green Valley Ranch Community Association ("Green Valley"), by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for Fannie Mae and FHFA to file their reply in support of their Motion for Summary Judgment is extended from June 1, 2015 to June 15, 2015.

This is the parties' first request for an extension of time regarding the Reply. This extension is appropriate because counsel for Fannie Mae and FHFA are involved in nearly two dozen related cases pending in this District and are facing deadlines in many of these cases as well.

DATED this 26th day of May, 2015.

By: /s/   Kerry Faughman
   Kerry Faughman, Esq. (SBN 12204)
   P.O.Box 335361
   North Las Vegas, NV 89086
   Tel. 702-301-3096  Fax: 702-331-4222
*Attorneys for Plaintiff LN Management LLC Series 2543 Citrus Garden*

**GORDON & REES LLP**

By: /s/   Ashlie L. Surur
   Ashlie L. Surur, Esq. (SBN 11290)
   3770 Howard Hughes Pkwy, Suite 100
   Las Vegas, NV 89169
   Tel: 702-577-9300  Fax: 702 255-2858
*Attorney for Counter-Defendant Green Valley Ranch Community Association, Inc.*

**FENNEMORE CRAIG, P.C.**

By:    /s/   Leslie Bryan Hart
   Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
   300 E. Second St., Suite 1510
   Reno, Nevada 89501
   Tel: 775-788-2228  Fax: 775-788-2229
   lhart@fclaw.com; jtennert@fclaw.com
   and
**ARNOLD & PORTER LLP**
(Admitted *Pro Hac Vice*)
   Asim Varma, Esq.
   Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
*Attorneys for Intervenor Federal Housing Financing Agency*

| | |
|---|---|
| 1 | **WOLFE & WYMAN LLP** |
| 2 | By: /s/ Colt B. Dodrill |
| 3 | Colt B. Dodrill, Esq. (SBN 9000)<br>980 Kelly Johnson Drive, Ste 140 |
| 4 | Las Vegas, Nevada 89119<br>Tel: 702-476-0100 Fax: 702-476-0101 |
| 5 | cbdodrill@wolfewyman.com<br>*Attorneys for Defendant/Counterclaimant* |
| 6 | *Federal National Mortgage Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES  DISTRICT    JUDGE

DATED: May 27, 2015

1103843/23619925v.1
FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

3