1  Colt B. Dodrill, Esq. (SBN 9000)
   WOLFE & WYMAN LLP
2  11811 N. Tatum Blvd., Suite 3031
   Phoenix, AZ 85028
3  Tel: (602) 953-0100 Fax: (602) 953-0101
   cbdodrill@wolfewyman.com
4  *Attorneys for Federal National Mortgage Association*

5  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
6  FENNEMORE CRAIG, P.C.
   300 E. Second St., Suite 1510
7  Reno, Nevada 89501
   Tel: 775-788-2228   Fax: 775-788-2229
8  lhart@fclaw.com; jtennert@fclaw.com

9  (Admitted *Pro Hac Vice*)
   Asim Varma, Esq.
10 Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
11 ARNOLD & PORTER LLP
   601 Massachusetts Ave., NW
12 Washington, DC 20001-3743
   Tel: (202) 942-5000   Fax: (202) 942-5999
13 Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com
   *Attorneys for Intervenor Federal Housing Finance Agency*

14                     **UNITED STATES DISTRICT COURT**
15                            **DISTRICT OF NEVADA**

16 | LN MANAGEMENT LLC SERIES 2543 | CASE NO.   2:15-cv-00112-MMD-CWH |
   | CITRUS GARDEN | |
17 | Plaintiff, | |
18 | vs. | **STIPULATION AND [PROPOSED]** |
   | | **ORDER TO DISMISS COUNTER-** |
19 | MARCELLE GELGOTAS; et al., | **DEFENDANT GREEN VALLEY RACH** |
   | Defendants. | **COMMUNITY ASSOCIATION** |
20 | and | |
21 | FEDERAL HOUSING FINANCE AGENCY, | |
   | as Conservator for the Federal National | |
22 | Mortgage Association, | |
   | Intervenor. | |
23 | FEDERAL NATIONAL MORTGAGE | |
   | ASSOCIATION, | |
24 | | |
   | Counterclaimant, | |
25 | and | |
26 | FEDERAL HOUSING FINANCE AGENCY, | |
   | as Conservator for the Federal National | |
27 | Mortgage Association, | |
   | Intervenor. | |
28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11380921.1

| 1 | |
|---|---|
| 2 | vs. |
| 3 | LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC.; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive, |
| 4 | |
| 5 | Counter-Defendants. |

Plaintiff/Counter-Defendant LN Management LLC Series 2543 Citrus Garden ("LN Management"), Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), Intervenor Federal Housing Finance Agency ("FHFA"); and Counter-Defendant Green Valley Ranch Community Association ("Green Valley"), by and through their undersigned counsel, hereby agree and stipulate as follows:

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11380921.1

2

1    Fannie Mae and FHFA dismiss, without prejudice, their claims against Green Valley

2    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own

3    attorney's fees and costs.

4    DATED this 2nd day of March, 2016.

5    **WOLFE & WYMAN LLP**                    **FENNEMORE CRAIG, P.C.**

6    By:  /s/ Colt B. Dodrill                 By:    /s/   Leslie Bryan Hart
         Colt B. Dodrill, Esq.  (SBN 9000)           Leslie Bryan Hart, Esq. (SBN 4932)
7        980 Kelly Johnson Drive, Ste 140            John D. Tennert, Esq. (SBN 11728)
         Las Vegas, Nevada 89119                     300 E. Second St., Suite 1510
8        Tel: 702-476-0100 Fax: 702-476-0101         Reno, Nevada 89501
         cbdodrill@wolfewyman.com                    Tel: 775-788-2228  Fax: 775-788-2229
9                                                    lhart@fclaw.com; jtennert@fclaw.com
     *Attorneys for Defendant-Counterclaimant*                         and
10   *Federal National Mortgage Association*         **ARNOLD & PORTER LLP**
                                                     (Admitted *Pro Hac Vice*)
11                                                   Asim Varma, Esq.
                                                     Howard N. Cayne, Esq.
12                                                   Michael A.F. Johnson, Esq.
                                                 *Attorneys for Intervenor Federal Housing*
13                                               *Financing Agency*

14   **LAW OFFICES OF KERRY FAUGHNAN**         **GORDON & REES LLP**

15
     By:  /s/   Kerry Faughnan                 By:    /s/   Ashlie Surur
16        Kerry Faughnan, Esq. (SBN 12204)           Ashlie L. Surur, Esq. (SBN 11290)
          P.O. Box 335361                            3770 Howard Hughes Pkwy, Suite 100
17        North Las Vegas, NV 89086                  Las Vegas, NV  89169
          Tel. 702-301-3096 Fax: 702-331-4222        Tel: 702-577-9300  Fax: 702 255-2858
18                                             *Attorney for Counter-Defendant Green Valley*
     *Attorneys for Plaintiff LN Management LLC*  *Ranch Community Association, Inc.*
19   *Series 2543 Citrus Garden*

20

21                            **ORDER**

22                        IT IS SO ORDERED.

23

24   _____

25                        UNITED STATES DISTRICT JUDGE

26                        DATED:   March 8, 2016
                          _____

27

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11380921.1

3