UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>MARCELLE GELGOTAS, et al.,<br><br>　　　　　　　　　　Defendants.<br>And,<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for Federal National Mortgage Association,<br><br>　　　　　　　　　　Intervenor. | Case No. 2:15-cv-00112-MMD-CWH<br><br>ORDER |

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

　　　　　　　　　　Counterclaimant,

And

FEDERAL HOUSING FINANCE AGENCY, as Conservator for Federal National Mortgage Association,

　　　　　　　　　　Intervenor,

v.

LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN, a Nevada LLC; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive.

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Federal National Mortgage Association has drawn into question the constitutionality of NRS § 116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 24th day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE