ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Defendant/Counterclaimant*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN,<br><br>                    Plaintiff,<br>v.<br><br>MARCEL GELGOTAS; et. al<br><br>                    Defendants.<br><br>And<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for Federal National Mortgage Association,<br>                    Intervenor. | Case No.: 2:15-cv-00112-MMD-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
                    Counterclaimant,
And

FEDERAL HOUSING FINANCE AGENCY, as Conservator for Federal National Mortgage Association,
                    Intervenor.
v.

LN MANAGEMENT LLC SERIES 2543 CITRUS GARDEN, a Nevada LLC; GREEN VALLEY RANCH COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive,
                    Counterdefendants.

{40672918;1}

## SUBSTITUTION OF COUNSEL

Federal National Mortgage Association hereby consents to the substitution of Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. of AKERMAN LLP as its counsel in the place and stead of WOLFE & WYMAN, LLP, in the above-entitled matter.

DATED this 27th day of February, 2017.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

By: *Charlotte Retz*

Its: Associate General Counsel

. . .

. . .

. . .

. . .

. . .

{40672918;1}

2

Brigette E. Foley, Esq. of the law firm of WOLFE & WYMAN, LLP consent to the substitution of Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq, of AKERMAN LLP as counsel of record in its place and stead on behalf of Defendant/Counterclaimant Federal National Mortgage Association.

DATED this 7th day of February, 2017.

**WOLFE & WYMAN, LLP**

_/s/ Brigette E. Foley_
BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
6757 Spencer Street
Las Vegas, NV 89119

Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for Federal National Mortgage Association in the place and stead of WOLFE & WYMAN, LLP.

DATED this 27 day of February, 2017.

**AKERMAN LLP**

_/s/ Ariel E. Stern_
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 28, 2017

{40672918;1}                                3